IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PPE Casino Resorts Maryland, LLC  *

      vs.  *  Case No. 1:14-cv-02705-MJG

    Helena Wong  *

******

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for defendant Helena Wong.

I certify that I am admitted to practice in this court.

_09/04/2014_
Date

_Signature of Counsel_

  Robert T. Shaffer        04074
Print Name        Bar Number

 Zuckerman Spaeder LLP
Firm Name

 100 East Pratt Street, Suite 2440
Address

 Baltimore, Maryland 21202
City/State/Zip

 410-949-1147
Phone No.

 410-659-0436
Fax No.

 rshaffer@zuckerman.com
Email Address